IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE MINGO | : | CIVIL ACTION |
| a/k/a DWAYNE MINE | : | |
| | : | |
| v. | : | |
| | : | |
| SUPT. RAYMOND LAWLER, et al. | : | NO. 08-469 |

**O R D E R**

AND NOW, this 9th day of September, 2008, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED**:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Objections are overruled;

3. The petition for a writ of habeas corpus is **DENIED**;

4. Petitioner's "Petition Requesting For [sic] Sanctions for Respondents [sic] Failure to Comply with Rule 5, 28 U.S.C. § 2254" (Doc. No. 11) is **DENIED**; and

5. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

/s/ Edmund V. Ludwig
EDMUND V. LUDWIG,   J.